United States District Court

Northern District of Illinois

Eastern Division

**RECEIVED**
NOV 0 8 2007
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s): Daniela M. Sardisco

VS.

Defendant(s): Preparation H

07cv6327
JUDGE HART
MAG. JUDGE KEYS

Product Quality, Wyeth Consumer Healthcare,

P.O. Box 26609, Richmond, VA 23261-6609

# Complaint

I used Preparation H suppositories and I completely embarrassed myself. Are you aware your product leaks out of the anis an hour or so after it is inserted? It also came out as I farted. The first time is leaked out I was around other people and I didn't even know it fell out. The medication went right threw my pants and it stained a chair at my house. This stain is horrible, I am injured. The product didn't even help my hemorrhoids

1

completely. The day after I started using Preparation H: I bled. Me hemorrhoids were out but going to the washroom never hurt as much as it did after stating to use your product.

Are the suppositories supposed to drip out? Someone is negligent, why would such a disadvantage come with a product that is needed? Is Preparation H safe? Is it a medication? Is there any way you can improve your product. If Preparation H is a temporary relief what is done to eliminate hemorrhoids?

Explain to me. I would like to be compensated.

I am hurt,

*Daniela [signature]*

11/8/07

306 Charmille Ln, PO Box 87 Wood Dale IL 60191 (630)523-3037