## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6327 | **DATE** | 11/14/2007 |
| **CASE TITLE** | Sardisco vs. Preparation H | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis [4] is denied. Plaintiff alleges injuries resulting from use of a personal product. This is a state law claim that could only be before the court based on diversity jurisdiction. See 28 U.S.C. § 1332. Plaintiff does not allege her citizenship nor that of defendant. She also does not allege injuries that could result in damages exceeding $75,000. The Clerk of the Court is directed to enter judgment dismissing plaintiff's cause of action without prejudice for lack of subject matter jurisdiction.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | cw |
|---|---|---|