# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| Daniela M. Sardisco | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6327 |
| Preparation H | |

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■    Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's cause of action without prejudice for lack of subject matter jurisdiction.

Michael W. Dobbins, Clerk of Court

Date: 11/14/2007                                   _____
                                                                    /s/ Carol Wing, Deputy Clerk