United States District Court

Northern District of Illinois

Eastern Division

Plaintiff(s): Daniela M. Sardisco

VS.

Defendant(s): Preparation H

Case No. 07C 6327

Judge Hart

Product Quality, Wyeth Consumer Healthcare,

P.O. Box 26609, Richmond, VA 23261-6609

## Amended Complaint

I the Plaintiff am located in a separate state from that of the Defendant. I would like to sue for hundred thousand dollars. I used Preparation H suppositories forced me and exposed me to a situation that caused be to completely embarrass myself out in public. Preparation H leaked out of the anis an hour or so after it is inserted the suppositories? It oozed out of my rectum as I farted.

The leaked out, as I was around people in public. I didn't even know as it happened. The medication went right threw my pants and I was humiliated. Perparation

1

It was allover the place. It stained my chair at my home. I am personally injured. I could only imagine the injury my bowels suffered. The product didn't even help my hemorrhoids.

Preparation H caused me to bleed from my rectum. My hemorrhoids dropped out further and going to the washroom never was so painful; as it was while I was using Preparation H. Preparation H inflamed my hemorrhoids it injured me rather than assisting my recovery! My rectum and hemorrhoid became puffy and my feces were filled with mucus. My body was infected and I reacted from using Preparation H!

The suppositories are not supposed to drip out? Someone is negligent, why would such a disadvantage come with a product that is needed? The composition of the medication has been clearly tampered with. I was not safe using Preparation H! My health was jeopardized. Preparation H is a temporary relief what is done to eliminate hemorrhoids? For me it did not function properly!

→ Explain what has happened to me. I would like to be compensated.

I am personally injured and baffled by Preparation H. I was jeopardized and humiliated I deserve the right to compensation. An investigation is necessary; the Preparation H suppositories are not effective appropriately…

Sincerely,

Daniela M. Sardisco

306 Charmille Ln, PO Box 87 Wood Dale IL 60191 (630)523-3037

2