# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6327 | **DATE** | 2/14/2008 |
| **CASE TITLE** | Sardisco vs. Preparation H | | |

**DOCKET ENTRY TEXT**

Plaintiff's amended complaint [7] is construed as a motion for reconsideration and as such is denied. The motion is untimely as a motion under Fed. R. Civ. P. 59(e). No grounds are stated that would satisfy Fed. R. Civ. P. 60(b). If plaintiff desires to again file this claim, she must file a new case in compliance with the procedure set forth in <u>In re Daniela M. Sardisco</u>, 07 C 6360 (N.D. Ill.) and must inform the Executive Committee that she previously raised this claim in O7 C 6327. No opinion is expressed as to whether the proposed amended complaint adequately alleges diversity jurisdiction or states a claim upon which relief may be granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | cw |
|---|---|---|

Case 1:07-cv-06327    Document 8    Filed 02/14/2008    Page 1 of 1

07C6327 Sardisco vs. Preparation H                                Page 1 of 1